UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTURO VALENCIA, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>FRENCH CONNECTION BAKERY, INC.,<br>et al.,<br><br>        Defendants. | Case No.: C 07-1118 PVT<br><br>**ORDER REFERRING CASE TO COURT'S MEDIATION PROGRAM, AND CONTINUING CASE MANAGEMENT CONFERENCE TO OCTOBER 2, 2007 AT 2:00 P.M.** |

On July 31, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference.[1] Based on the discussions at the conference,

IT IS HEREBY ORDERED that the parties are referred to this court's mediation program. The parties shall promptly contact the court's ADR department to make the appropriate arrangements.

IT IS FURTHER ORDERED that the Case Management Conference is continued to October 2, 2007 at 2:00 p.m. The parties shall file a supplemental joint case management conference statement no later than September 25, 2007.

Dated: *7/31/07*

                                        PATRICIA V. TRUMBULL
                                        United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.