UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTURO VALENCIA, CESAR SANCRUZ, JAVIER SANTACRUZ, EDGAR SANTACRUZ and FREDDY GOMEZ,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FRENCH CONNECTION BAKERY INC. DBA COCOLA BAKERY, AMIRALI AMINI ALIABADI,<br><br>　　　　　Defendants. | Case No.: C-07-01118 PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On October 2, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Case Management Statements, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to December 4, 2007, 2:00 p.m.; and

IT IS FURTHER ORDERED that on or before November 2, 2007, plaintiffs shall meet and confer with defendants regarding the status of the case; and

ORDER, *page 1*

1  IT IS FURTHER ORDERED that the case is removed from the ADR program until
2 further order by the court.
3 Dated: *October 3, 2007*

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge