UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTURO VALENCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRENCH CONNECTION BAKERY, INC., et al., <br><br> Defendants. | Case No.: C 07-1118 PVT <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE, STAYING CASE, AND SETTING DEADLINE FOR PLAINTIFFS TO EACH FILE A CONSENT TO BE PARTY PLAINTIFF** |

On November 29, 2007, Plaintiffs filed a further Case Management Conference statement.[1] On November 30, 2007, Defendants filed a further Case Management Conference statement. Based on the contents of the parties' respective Case Management Conference statements,

IT IS HEREBY ORDERED that the Case Management Conference is continued to January 15, 2008.

IT IS FURTHER ORDERED that this case is stayed until January 2, 2008.

IT IS FURTHER ORDERED that no later than December 14, 2007, those Plaintiffs who wish to continue litigating this matter, if any, shall file a Consent to Be Party Plaintiff. *See* 29 U.S.C. § 216(b) ("No employee shall be a party plaintiff to any such action unless he gives his

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1 | consent in writing to become such a party and such consent is filed in the court in which such action
2 | is brought.").

Dated: *11/30/07*

                                                    *Patricia V. Trumbull*
                                                    PATRICIA V. TRUMBULL
                                                    United States Magistrate Judge