1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12   ARTURO VALENCIA, et al.,              )      Case No.: C 07-1118 PVT
                                           )
13                    Plaintiffs,          )      **ORDER TO SHOW CAUSE WHY**
                                           )      **CASE SHOULD NOT BE DISMISSED**
14         v.                              )      **FOR FAILURE TO PROSECUTE**
                                           )
15   FRENCH CONNECTION BAKERY,             )
     INC., et al.,                         )
16                                         )
                      Defendants.          )
17   _____ )

18

19         On February 19, 2008, this court issued a Case Management Conference Order in which it

20   ordered the parties to comply with the Standing Order for Civil Practice in Cases Assigned for All

21   Purposes to Magistrate Judge Patricia V. Trumbull  (rev. 1/5/06) (the "Standing Order") with regard

22   to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.  The

23   Standing Order set a deadline of ten court days before the pretrial conference for the parties to file

24   their Joint Pretrial Statement, and their respective Trial Briefs, and Proposed Findings of Fact and

25   Conclusions of Law (the "Opening Pretrial Submissions").  The pretrial conference is scheduled for

26   June 3, 2008.  Thus, the parties Opening Pretrial Submissions were thus due on May 19, 2008.

27   Pursuant to the Standing Order, responsive pretrial submissions were due May, 27, 2008.  Plaintiff

28   failed to file his Opening Pretrial Submissions by May 19, 2008.  On May 27, 2008, the day

1   *responsive* submissions were due, Plaintiff filed an untimely Pretrial Statement, but no Proposed

2   Findings of Fact and Conclusions of Law or Trial Brief.  On May 28, 2008, Plaintiff filed an

3   untimely Trial Brief.  Therefore,

4          IT IS HEREBY ORDERED that, no later than June 2, 2008, Plaintiff shall file a declaration

5   showing cause, if there be any, why this case should not be dismissed for failure to prosecute.

6   Dated: *5/28/08*

7                                                  *Patricia V. Trumbull*

8                                              PATRICIA V. TRUMBULL
                                               United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28