UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CESAR SANTACRUZ, al., <br><br>            Plaintiff, <br><br>    v. <br><br> FRENCH CONNECTION BAKERY, INC., et al., <br><br>            Defendants. | Case No.: C 07-1118 PVT <br><br> **ORDER REGARDING EVALUATION OF WHETHER CASES ARE RELATED** |

It has come to the court's attention that another case pending in this court, *Valencia v. French Connection Bakery Inc. et al.*, C08-00996 JF, is potentially related to this case.[1] Therefore,

The clerk of the court shall forward to this chambers the court file in C08-00996 JF, along with a related case order for this court's consideration.

Dated: *6/4/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*