1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CESAR SANTACRUZ,<br><br>            Plaintiff,<br><br>      v.<br><br>FRENCH CONNECTION BAKERY, INC.,<br>et al.,<br><br>            Defendants.<br>_____<br><br>JAVIER VALENCIA, *individually and on behalf of others similarly situated*,<br><br>            Plaintiff,<br><br>      v.<br><br>FRENCH CONNECTION BAKERY, INC.,<br>et al.,<br><br>            Defendants.<br>_____ | Case No.: C 07-1118 PVT<br>Case No.: C 08-0996 PVT<br><br>**ORDER CONSOLIDATING CASES** |

   On June 6, 2008, the two above-captioned cases were related. On June 9, 2008, this court issued an order to show cause why the two cases should not be consolidated. Plaintiff Cesar Santa Cruz in Case No. C07-1118 and Defendants in both cases have filed responses to the order to show cause. Plaintiff Javier Valencia in Case No. C08-0996 did not file any response. Based on the

ORDER, *page 1*

1  parties' submissions and the files herein,

2  IT IS HEREBY ORDERED that the two above-captioned cases are consolidated. All further

3  filings shall be filed in Case No. C07-1118.

4  IT IS FURTHER ORDERED that no consolidated complaint need be filed. The two

5  operative complaints are deemed combined as one complaint, except that the Plaintiff(s) in the latter

6  filed case may *not* use the earlier filing date for purposes of any applicable statutes of limitations.

7  Dated: *6/24/08*

8  PATRICIA V. TRUMBULL
9  United States Magistrate Judge