1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11

12   CESAR SANTACRUZ, JAVIER          )        Case No.: C 07-1118 PVT
     VALENCIA, et al.,                )        Case No.: C 08-0996 PVT
13                                    )
                     Plaintiffs,      )        **FURTHER CASE MANAGEMENT
14                                    )        CONFERENCE ORDER**
          v.                          )
15                                    )
     FRENCH CONNECTION BAKERY,        )
16   INC., et al.,                    )
                                      )
17                   Defendants.      )
     _____)
18

19

20        On June 24, 2008, the parties appeared before Magistrate Judge Patricia V. Trumbull for a

21   Further Case Management Conference in this consolidated case.  Based on Plaintiff Javier

22   Valencia's Case Management Conference Statement,[1] and the discussions held at the Case

23   Management Conference,

24        IT IS HEREBY ORDERED that, absent extraordinary circumstances, no amendment of the

25   pleadings shall be allowed.

26        IT IS FURTHER ORDERED that, absent further order of the court, the presumptive limits on

27   _____

28        [1]      No other party filed any Case Management Conference Statement or Status Conference
     Statement.

                              ORDER, *page 1*

1   discovery set forth in the Federal Rules of Civil Procedure are modified as follows:

2         Each side may propound up to 50 interrogatories; and

3         Requests for admissions are limited to 20 per side.[2]

4         IT IS FURTHER ORDERED that discovery is closed as to the claims and defenses related to

5   Plaintiff Cesar Santacruz.

6         IT IS FURTHER ORDERED that this case is referred to the court's mediation program.[3]

7   The parties shall promptly contact the court's ADR department to make the appropriate

8   arrangements.  If the parties wish, they may by mutual agreement opt for private mediation.  In either

9   event, the mediation must be completed no later than August 29, 2008.

10        IT IS FURTHER ORDERED that the following schedule shall apply to this case:

11  Last Date for Hearing[4] on Plaintiffs' Motion for Class Notification[5] . . .  10:00 a.m. on 11/4/08

12  Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2/27/09

13  Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2

14  Last Date for Hearing on Defendant's Motion to Decertify Class[6]. . . . . 10:00 a.m. on 3/17/08

15  Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3/27/09

16  Designation of Rebuttal Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4/24/09

17  Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5/29/09

18  _____

19       [2]    This limitation does not apply to requests for admission that seek nothing more than authentication of a document.

20       [3]    During mediation the parties should be mindful of two important considerations: 1) an
21  award of *reasonable* attorneys fees is mandatory under the Fair Labor Standards Act when a court enters a judgment in favor of an employee; and 2) a substantial reduction of the amount of reasonable fees is appropriate where there is a settlement of a *bona fide* dispute.  *See Yue Zhou v. Wang's Restaurant*, 2007
22  WL 2298046 (N.D.Cal. 2007).  Also, the record in this consolidated case raises a concern that Plaintiffs' attorney has spent quite a bit of time that was duplicative and/or not necessary to the prosecution of the
23  claims herein.  In the event the Plaintiff(s) ultimately prevail, it is highly unlikely such duplicative or unnecessary attorney time would be included in any fee award.  *See Zhou* at *2.  The parties are, of
24  course, free to compromise the attorneys fees as part of an overall settlement.

25       [4]    Any time this order sets a last date for *hearing* a motion, the motion must be noticed in
26  compliance with Civil Local Rule 7-2(a).

27       [5]    *See Hoffmann La Roche, Inc. v. Sperling*, 493 U.S. 165 (1989) (approving trial court's authorization of notice to potential class members under 29 U.S.C. section 216(b)).

28       [6]    *See, e.g., Leuthold v. Destination Am., Inc.*, 224 F.R.D. 462, 467 (N.D. Cal. 2004) (describing two-tier approach to class certification in FLSA class actions).

1

2          Last Date for Hearing on Dispositive Motions . . . . . . . . . . . . . 10:00 a.m. on 7/14/09

3          Final Pretrial Conference.. . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 8/25/09

4          Non-Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on 9/14/09

5          IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil

6    Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull  (rev. June

7    2008), a copy of which is available from the clerk of the court,[7] with regard to the timing and content

8    of the Joint Pretrial Statement, and all other pretrial submissions.

9    Dated: *6/25/08*

10

                                        PATRICIA V. TRUMBULL
11                                      United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27          [7]          A copy of Judge Trumbull's standing order is also available on the court's website at
28    www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then
      on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge
      Trumbull's General Order for all purposes 06/10/08."