UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CESAR SANTACRUZ, JAVIER VALENCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRENCH CONNECTION BAKERY, INC., et al., <br><br> Defendants. | Case No.: C 07-1118 PVT <br> Case No.: C 08-0996 PVT <br><br> **ORDER TO SHOW CAUSE WHY CLASS ALLEGATIONS SHOULD NOT BE DISMISSED** |

On June 26, 2008, this court entered a Further Case Management Conference Order, in which it set a deadline of November 4, 2008 for Plaintiffs to file any Motion for Class Notification. Plaintiffs failed to file any such motion. Therefore, based on the file herein,

IT IS HEREBY ORDERED that, no later than December 4, 2008, Plaintiffs shall file a declaration showing cause why the class allegations of the complaint should not be stricken for failure to comply with the Case Management Conference Order and failure to prosecute the class claims. *See e.g., Bennett v. Nucor Corp.*, 2005 WL 1773948 (E.D. Ark. 2005).

Dated: *11/20/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*