ADAM WANG, Bar No. 201233
12 South First Street, Suite 708
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248

Attorney for Plaintiffs

Barzin Barry Sabahat
Anchor Law Group
1975 Hamilton Avenue, Suite 27
San Jose, California 95125
Telephone 408-559-1173
Fax 408-559-6153

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cessar Santacruz and Javier Valencia<br><br>          Plaintiffs,<br><br>     vs.<br><br>FRENCH CONNECTION BAKERY INC.<br>DBA COCOLA BAKERY, AMIRALI AMINI<br>ALIABADI & DOES 1 THOUGHT 10<br><br>          Defendants | Consolidated Cases:  C07-01118 PVT<br>                          C08-00996 PVT<br><br><br>**STIPULATED ORDER TO EXTEND<br>DISCOVERY CUTOFF DATE** |

Parties, through their respective counsel, stipulate to extend the discovery cutoff date in this case as follows:

1.     The Court set the following case management schedule:

Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2/27/09
Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . .*See* Civil Local Rule 26-2
Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3/27/09
Designation of Rebuttal Experts with Reports. . . . . . . . . . . . . . . . . . . . . .   4/24/09
Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ..     5/29/09
Last Date for Hearing on Dispositive Motions . . . . . . . . . . . . .   10:00 a.m. on 7/14/09
Final Pretrial Conference.. . . . . . . . . . . . . . . . . . . . . . . . . . . .     2:00 p.m. on 8/25/09
Non-Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     9:30 a.m. on 9/14/09

**STIPULATION TO EXTEND DISCOVERY CUTOFF**
**SANTACUZ V. FRENCH CONNECTION BAKERY INC.  ET AL**

                                              1          Consolidated Cases: C07-01118 PVT
                                                                              C08-00996 PVT

2.      Prior to the discovery cutoff deadline had run, counsel for both parties have met and conferred and agreed to continue the discovery cutoff deadline for 45 days.  Due to Defense counsel's travel schedule, who did not return to the United States until February 26, 2009, Parties were unable to file the stipulation prior to February 27, 2009.

3.      This case was filed was field a class action; Plaintiffs have failed to file motions to certify the classes pursuant to the time lines set by this Court.  On December 8, 2008, this Court entered an order striking the class action allegations from the Complaint. Therefore, the remaining case will be prosecuted for tow individual Plaintiffs' claims.

4.      In light of the fact current trial date is not until September 14, 2009, and the fact this case was reduced to only two individual claims, the requested continuance for discovery deadline will not affect the case management schedule currently in place

5.      As such, parties through their counsel respectfully request the Court extend the discovery deadline by modifying the schedule in this case as follows:

```
Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4/30/09
Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . .See Civil Local Rule 26-2
Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5/8/09
Designation of Rebuttal Experts with Reports. . . . . . . . . . . . . . . . . . . . . . .   5/22/09
Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    6/19/09
Last Date for Hearing on Dispositive Motions . . . . . . . . . . . . .   10:00 a.m. on 7/14/09
Final Pretrial Conference.. . . . . . . . . . . . . . . . . . . . . . . . . . . .    2:00 p.m. on 8/25/09
Non-Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    9:30 a.m. on 9/14/09
```

Dated: March 6, 2009                        By: /s/ ADAM WANG

Attorney for Plaintiffs

Dated:  March 23, 2009                      By:  /s/ Barzin Barry Sabahat
                                                 Attorney for Defendants
_____

ORDER

Pursuant to parties' stipulation, IT IS HEREBY ORDERED that the case management schedule be modified as follows:

```
Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4/30/09
Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . .See Civil Local Rule 26-2
Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5/8/09
Designation of Rebuttal Experts with Reports. . . . . . . . . . . . . . . . . . . . . . .   5/22/09
```

**STIPULATION TO EXTEND DISCOVERY CUTOFF**
**SANTACUZ V. FRENCH CONNECTION BAKERY INC.  ET AL**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ..       6/19/09
Last Date for Hearing on Dispositive Motions . . . . . . . . . . . . .   10:00 a.m. on 7/14/09
Final Pretrial Conference.. . . . . . . . . . . . . . . . . . . . . . . . . . . .   2:00 p.m. on 8/25/09
Non-Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9:30 a.m. on 9/14/09


IT IS SO ORDERED.

Dated:  March 23, 2007                                     By:_____

                                                                Patricia V. Trumbull
                                                                US Magistrate Judge

**STIPULATION TO EXTEND DISCOVERY CUTOFF**
**SANTACUZ V. FRENCH CONNECTION BAKERY INC.  ET AL**